UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
M.M, *et al.,*

                                Plaintiffs,              **23 Civ. No. 10587 (ER)**

         -against-                                 **PRE-SETTLEMENT
CONFERENCE ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.,*

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, May 27, 2025 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 623 559 593#.**  The parties are directed to meet and confer and, by no later than May 13, 2025, provide the Court, via email to GSteinNYSDChambers@nysd.uscourts.gov, with three mutually convenient dates in the latter half of June 25 for a settlement conference.

      **SO ORDERED.**

DATED:    New York, New York
               May 7, 2025

                                                          _____
                                                            The Honorable Gary Stein
                                                            United States Magistrate Judge