

**MEMO ENDORSED**

| | | |
|---|---|---|
| **Muriel Goode-Trufant**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Eric Teszler**<br>*Assistant Corporation Counsel*<br>Office: (212) 356-1652 |

June 20, 2025

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *M.M. v. N.Y.C. Dep't of Educ., et al.*, 23-cv-10587 (ER)(GS)

Dear Judge Ramos:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.

  I write, jointly with Plaintiffs, to respectfully request an adjournment of the Settlement Conference scheduled for Friday, June 27, 2025 (*see* ECF No. 60) to a date during August 2025. The parties propose the following dates in August: the 15th, 19th, or 20th. Defendants additionally respectfully request, with Plaintiffs' consent, that their deadline to respond to the Amended Complaint be extended from July 1, 2025 (ECF No. 57) to August 15, 2025. Furthermore, the parties propose filing a further status report by July 15, 2025.

  The parties make this joint request to adjourn the above deadlines in light of the parties' continued discussions regarding Plaintiffs' claim for reasonable attorneys' fees, costs, and expenses in this matter, as well as a number of underlying administrative actions. In particular, the parties have agreed that it would serve efficiencies if the parties attempted to additionally resolve fees associated with another administrative action that was not initially contemplated in their settlement discussions. The parties represent that additional time is needed to incorporate those billing records into the analysis for settlement. The parties also represent that they will continue to negotiate in good faith toward a settlement of Plaintiffs' fee claims. To that end, the parties propose filing a joint report by July 15, 2025 further apprising the Court as to the status of the parties' settlement negotiations.

  In light of the foregoing, the parties respectfully request that the Court adjourn the current deadlines consistent with the above proposed revised dates.

2

                                                        Respectfully submitted,

                                                        */s/ Eric Teszler*

cc:    All counsel of record (via ECF)    Eric Teszler, Esq
                                                        Assistant Corporation Counsel

Application granted. The settlement conference scheduled for June 27, 2025 (Dkt. No. 60) is hereby adjourned to August 20, 2025 at 10:00 a.m. The parties are directed to join this rescheduled conference via Microsoft Teams.

Date:   June 23, 2025
             New York, NY

**SO ORDERED:**

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE