

**Muriel Goode-Trufant**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Eric Teszler
*Assistant Corporation Counsel*
Office: (212) 356-1652

November 6, 2025

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   M.M. v. N.Y.C. Dep't of Educ., et al., 23-cv-10587 (ER)

Dear Judge Ramos:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.

I write, jointly with Plaintiffs, to respectfully request a thirty-day extension of time, from November 8, 2025 (see ECF No. 67) to December 8, 2025, to file a stipulation of settlement in this matter. This is the parties' first request for an extension of the deadline to file such stipulation. The parties respectfully make this request on the grounds that they require additional time to negotiate the settlement terms. The parties additionally represent that they will continue to negotiate in good faith in an effort to finalize and submit their stipulation within the next thirty days.

The parties thank the Court for considering this request.

Respectfully submitted,

*/s/ Eric Teszler*
Eric Teszler, Esq
Assistant Corporation Counsel

cc:   All counsel of record (via ECF)

---

The request is granted. The initial deadlines in the Court's 60-day order, Doc. 67, are extended by 30 days. Any application to reopen the case must be filed by December 8, 2025, and any application to reopen filed thereafter may be denied solely on that basis. If parties wish the Court to retain jurisdiction on this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement by December 8, 2025 to the Court, with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: **November 7, 2025**
New York, New York