**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
M.M., *et al.,*

                              Plaintiffs,

              -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.,*

                            Defendants.
------------------------------------------------------------------X

**23 Civ. No. 10587 (ER)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Tuesday, January 20, 2026 at 11:00 a.m.** by Microsoft Teams.

       **SO ORDERED.**

DATED:    New York, New York
           January 5, 2026

 

_____
The Honorable Gary Stein
United States Magistrate Judge